# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

ALEXANDER T. SMITH,

    Plaintiff,

vs.                                    CIVIL ACTION NO.: CV514-035

STATE OF GEORGIA and
DWAYNE H. GILLIS, Chief Judge,
Waycross Judicial Circuit,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that Defendant Gillis, a superior court judge, violated his rights. Plaintiff also asserts that he named the State of Georgia as a Defendant not as a "person" but as Defendant Gillis' employer. Plaintiff further asserts that, at the time he filed his Objections, his motion for new trial was being conducted in Coffee County, and this Court should not dismiss his claims.

Plaintiff does not set forth any facts which establish liability under 42 U.S.C. § 1983 against either Defendant. Should Plaintiff's motion for new trial or a future attempt to otherwise overturn his conviction be successful, it would be at that time that a district court could entertain Plaintiff's claims for monetary damages.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of September, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA